IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**YANIRA LANTIGUA,**

    **Plaintiff,**

**v.**                                                                   Case No. 1:23-cv-258-AW-HTC

**MARTIN O'MALLEY, Commissioner of
the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's April 24, 2024 report and recommendation, ECF No. 15, to which there has been no objection. I now conclude the report and recommendation should be approved, and I adopt it and incorporate it into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on June 4, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge